# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Ignacio Araujo,

    Plaintiff

v.

State of Nevada, et al.,

    Defendants

**2:16-cv-00159-JAD-VCF**

**Order Closing Case**

On July 13, 2016, I screened Ignacio Araujo's complaint, dismissed all claims, and gave Araujo until August 13, 2016, to file an amended complaint. I expressly warned Aruajo that, if he failed to file an amended complaint by this deadline, this action would be closed without further notice. Araujo has not filed an amended complaint and he has not requested an extension to do so.

Accordingly, **the Clerk of Court is instructed to CLOSE THIS CASE**.

Dated August 22, 2016

_____
Jennifer A. Dorsey
United States District Judge